AO 257 (Rev. 6/78)

---

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography
18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ DOMINIC J. VANNUCCI    [SEALED BY ORDER OF THE COURT]

DISTRICT COURT NUMBER
**CR 25 0223 JST**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Homeland Security Investigations (HSI)

☒ person is awaiting trial in another Federal or State Court, give name of court
Contra Costa County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    CRAIG H. MISSAKIAN
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    KELLY I. VOLKAR

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
**JUL 31 2025**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Contra Costa County Jail

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET FOR DOMINIC JAMES VANNUCCI

**Count 1: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography**
- Mandatory minimum of 5 years' imprisonment (18 U.S.C. § 2252(b)(1));
- Maximum of 20 years' imprisonment (18 U.S.C. § 2252(b)(1));
- Maximum $250,000 fine (18 U.S.C. § 3571);
- Between five years and lifetime supervised release (18 U.S.C. § 3583(k));
- $5,100 special assessment (typical $100 special assessment under 18 U.S.C. § 3013 and an additional $5,000 special assessment under 18 U.S.C. § 3014(a)(3) because the crime relates to sexual exploitation of children).

**Count 2: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography**
- Maximum 20 years' imprisonment (18 U.S.C. § 2252(b)(2))
- Maximum $250,000 fine (18 U.S.C. § 3571);
- Between five years and lifetime supervised release (18 U.S.C. § 3583(k));
- $5,100 special assessment (typical $100 special assessment under 18 U.S.C. § 3013 and an additional $5,000 special assessment under 18 U.S.C. § 3014(a)(3) because the crime relates to sexual exploitation of children).

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

CR 25 0223 JST

UNITED STATES OF AMERICA,

V.

DOMINIC J. VANNUCCI,

FILED

JUL 31 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


SEALED BY ORDER OF THE COURT

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2252(a)(2) and (b) – Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

A true bill.

_____ Foreman

Filed in open court this  31st  day of

July, 2025.

_____ Clerk

Bail, $ ~~No Process~~ No bail Warrant

Hon. Kandis A. Westmore, U.S. Magistrate Jud

1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

FILED
JUL 31 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION



| UNITED STATES OF AMERICA, | ) CASE NO. CR 25 0223 JST |
| Plaintiff, | ) |
| | ) VIOLATIONS: |
| v. | ) 18 U.S.C. § 2252(a)(2) and (b) – Receipt of Child Pornography; |
| DOMINIC J. VANNUCCI, | ) 18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; |
| Defendant. | ) 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:       (18 U.S.C. §§ 2252(a)(2) and (b) – Receipt of Child Pornography)

On or about May 1, 2025, in the Northern District of California, the defendant,

DOMINIC J. VANNUCCI,

did knowingly receive a visual depiction, which has been shipped and transported using a means and facility of interstate and foreign commerce, or which has been mailed and has been shipped and transported in and affecting interstate and foreign commerce, or which was produced using materials, or which has been mailed or so shipped or transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct,

INDICTMENT

and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

COUNT TWO:     (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

Beginning on a date unknown, but continuing through on or about June 4, 2025, in the Northern District of California, the defendant,

DOMINIC J. VANNUCCI,

did knowingly possess matter which contained at least one visual depiction that was produced using materials that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction involved the use of a prepubescent minor engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION:     (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Indictment, the defendant,

DOMINIC J. VANNUCCI,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

INDICTMENT                    2

a. one Apple iPhone 15 (serial no. JX7KK25C9N);
b. one NZXT Desktop Computer (with no serial number);
c. one Apple Macbook (serial no. C02WW1C6JHC9);
d. one ONN USB 59GB thumbdrive;
e. one Easy Store USB 64GB thumbdrive (serial no. SDUSBES4-064G-A46 BN191057934W)
f. one SanDisk USB 2TB thumbdrive (serial no. SDSSDE81-2T00)
g. one Orico solid state 1TB drive (serial no. 2E3X-60BT1X)
h. one Lexar USB thumbdrive (serial no. LJDS73-8GB-133-108 A 33608-8GBGA 0712S); and
i. one Lexar USB thumbdrive (serial no. LJDTT16G-000-328 E 34137-16GBGA 2414S).

If any of the property described above, as a result of any act or omission of the defendant:
a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

//
//
//
//
//

INDICTMENT                                      3

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: July 31, 2025                                          A TRUE BILL.

                                                              _____
                                                              FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney

_/s/ Kelly Volkar_____
KELLY I. VOLKAR
Assistant United States Attorney

INDICTMENT                                4