**FILED**
JUL 31 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

SEALED BY ORDER OF THE COURT

| | |
|---|---|
| **CASE NAME:** USA v. DOMINIC J. VANNUCCI, | **CASE NUMBER:** CR CR 25 0223 JST |
| Is This Case Under Seal? | Yes   No ✓ |
| Total Number of Defendants: | 1 ✓   2-7   8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF   OAK ✓   SJ |
| Is this a potential high-cost case? | Yes   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ |
| Is this a RICO Act gang case? | Yes   No ✓ |
| Assigned AUSA (Lead Attorney): Kelly I. Volkar | Date Submitted: 7/31/2025 |
| Comments: | |

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF