CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3701
    FAX: (510) 637-3724
    Kelly.volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:25-CR-00223-JST |
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO WITHDRAW MOTION TO SEAL INDICTMENT** |
| DOMINIC J. VANNUCCI, | |
| Defendant. | |

MOT. TO WITHDRAW
4:25-CR-00223-JST

1

1   The United States, through its undersigned counsel, respectfully files this motion to withdraw the
2   United States' Motion to Seal the Indictment because it was filed in error as the defendant is already in
3   state custody.  Thus, the matter may be filed publicly.
4   WHEREFORE, the United States respectfully requests that the Court issue an Order granting this
5   Motion.

7   Dated: July 31, 2025                                CRAIG H. MISSAKIAN
                                                         United States Attorney

                                                         __/s/__ *Kelly I. Volkar*_____
                                                         KELLY I. VOLKAR
                                                         Assistant United States Attorney

MOT. TO WITHDRAW
4:25-CR-00223-JST

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3701
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 4:25-CR-00223-JST |
| Plaintiff, | ) [PROPOSED] ORDER |
| v. | ) |
| DOMINIC J. VANNUCCI, | ) |
| Defendant. | ) |

MOT. TO WITHDRAW
4:25-CR-00223-JST

3

# [PROPOSED] ORDER

Based upon the facts set forth in the motion to the Court and for good cause shown, IT IS HERBEY ORDERED that motion to seal the indictment (Dkt. 2) filed by the government is withdrawn and removed from the docket of the above-entitled case.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Court

MOT. TO WITHDRAW
4:25-CR-00223-JST

4