1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
5  KELLY I. VOLKAR (CABN 301377)
   Assistant United States Attorney
6
7     1301 Clay Street, Suite 340S
      Oakland, California 94612
8     Telephone: (510) 637-3680
      FAX: (510) 637-3701
9     Kelly.Volkar@usdoj.gov

10 Attorneys for United States of America

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14

15 | UNITED STATES OF AMERICA, | ) | NO. 4:25-CR-00223-JST [KAW] |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DOMINIC J. VANNUCCI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOT. TO WITHDRAW
4:25-CR-00223-JST
                                3

**ORDER**

Based upon the facts set forth in the motion to the Court and for good cause shown, IT IS HERBEY ORDERED that motion to seal the indictment (Dkt. 2) filed by the government is withdrawn and removed from the docket of the above-entitled case.

**IT IS SO ORDERED.**

DATED: August 1, 2025

HON. KANDIS A. WESTMORE
United States Magistrate Court