Kathryn Ross [CSBN 171100]
Kathryn Ross Law
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510-210-8898
katie@kathrynrosslaw.com

Jesse Berkowitz [CSBN 291464]
Jesse Berkowitz Law
803 Hearst Avenue
Berkeley, CA 94710
510-947-0300
jesse@jesseberowitzlaw.com

Attorneys for Defendant Dominic Vannucci

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DOMINIC J. VANNUCCI<br><br>    Defendant | Case No.: 25-CR-0223-JST (DMR)<br><br>STIPULATION AND<br>ORDER (AS MODIFIED) MODIFYING<br>CONDITIONS OF PRETRIAL RELEASE<br>TO PERMIT TRAVEL |

    On August 7, 2025, the defendant, Dominic J. Vannucci, was released from pretrial detention. As a condition of his release, he is permitted to go to doctor's appointments. Dkt. 8.

    With the agreement of the government, through counsel, Dominic Vannucci requests ongoing approval to attend in-person therapy in Oakdale, California, which sits in the Eastern District of California. U.S. Pretrial Services has no objection to this request.

STIPULATION AND ORDER (AS MODIFIED) - 1

1       IT IS SO STIPULATED.

2 DATED August 11, 2025                 Respectfully Submitted,

/s/
_____
KATHRYN ROSS
Attorney for Dominic Vannucci


CRAIG H. MISSAKIAN
United States Attorney


/s/
_____
KELLY VOLKAR
Assistant United States Attorney

STIPULATION AND ORDER (AS MODIFIED) - 2

**ORDER (AS MODIFIED)**

The Defendant's request for a modification of his conditions to permit his travel is granted on the conditions set forth in the stipulation and as stated in this Order.   The Defendant may travel to the Eastern District of California for the sole purpose of attending in-person therapy in Oakdale, California.

IT IS SO ORDERED AS MODIFIED.



 August 12, 2025
Dated

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATION AND ORDER (AS MODIFIED) - 3